IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DORIS BRODZINSKI, | ) | CASE NO.: 20-21864 |
| | ) | Chapter 7 |
| Debtor. | ) | |

## ORDER TERMINATING STAY; AND FOR ABANDONMENT

Before the Court on the Motion To Lift – Terminate Automatic Stay; Abandonment, filed by Creditor FNA DZ, LLC. Creditor's Motion seeks lifting and termination of the automatic stay; and abandonment, for the following real state, located in Lake County, Indiana:

> West Park Add. L. 3. BL. 6N 10 feet
> L. 4 BL. 6; more commonly known as
> 2010 Lincoln Ave., Hammond (Whiting) IN 46394
> Real Estate Tax #: 45-03-07-182-019.000-023

Notice and hearing on said motion having been given, and held, the Court now grants said motion. IT IS THEREFORE

ORDERED, ADJUDGED and DECREED the Motion to Lift – Terminate Automatic Stay; Abandonment, filed by creditor FNA DZ, LLC be, and hereby is, granted and sustained. The automatic stay as to the above described real estate is hereby terminated pursuant to 11 U.S.C. 362(d)(1) for cause, and the real estate is abandoned from Debtor's Chapter 13 estate pursuant to 11 U.S.C. 554(b).

And it is further ORDERED, ADJUDGED and DECREED that Creditor FNA DZ, LLC be, and is, allowed, to take any and all further steps, actions and things necessary to seek and petition the Lake Circuit Court for a "tax deed" to the above real estate, pursuant to Indiana law, and, further, Creditor is authorized and allowed to take necessary steps to take possession and control of the above real estate.

The above described real estate is Abandoned from this estate pursuant to 11 U.S.C. 554(b).

Dated: _____

_____
Bankruptcy Judge, U.S. Bankruptcy Court